UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARRY E. GUSTAFSON and
JOSEPHINE GUSTAFSON,

    Plaintiffs,

v.                         Case No.:  8:08-cv-87-T-33MAP

DELTA AIRLINES, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal (Doc. 18).  The parties inform the Court that they have settled this case and ask that it be dismissed with prejudice.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that**:**

(1)  This case is **DISMISSED** with prejudice.

(2)  The Clerk is directed to terminate all pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 9th day of June 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record